IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT - N.D. OF N.Y.
        F I L E D
         OCT 27 2010
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

STARING, *et al.*,

      Plaintiffs,

v.

TRANSPORT EMPLOYERS
ASSOCIATION, *et al.*,

      Defendants.

Civil Action No. 5:10-cv-285
(GTS-ATB)

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Counterclaim Defendants Gary R. Staring, John Bulgaro, Ronald G. Lucas, and Steven S. Mazza, by their attorneys; and Defendant and Counterclaim Plaintiff Michael S. Scalzo, Sr., as well as Defendants Transport Employers Association, Robert L. Schaeffer, Jr., John Doe No. 1 and John Doe No. 2, by their attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate and agree that this action shall be dismissed with prejudice, without an award of fees or costs of suit to either party.

Dated: October 25, 2010

BLITMAN & KING LLP

/s/ James R. LaVaute
James R. LaVaute, Esq.
Franklin Center, Suite 300
443 North Franklin Street

Syracuse, New York 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
jrlavaute@bklawyers.com

*Counsel for Plaintiffs &
Counterclaim Defendants*


MORGAN, LEWIS & BOCKIUS LLP

/s/ Charles P. Groppe
Charles P. Groppe, Esq.
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
cgroppe@morganlewis.com

-and-

BOND, SCHOENECK & KING, PLLC

Edward R. Conan, Esq.
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: 315-218-8000
Facsimile: 315-218-8100
econan@bsk.com

*Counsel for Defendants and Counterclaim
Plaintiff Scalzo*

IT IS SO ORDERED:

*[signature]*

Glenn T. Suddaby
U.S. District Judge
Dated: 10/27/10